UNITED STATES FIDELITY & GUARANTY CO. v. HAMPTON et al.

(Circuit Court of Appeals, Fifth Circuit. January 24, 1905.)

No. 1,411.

ERROR—REVIEW—FINDINGS OF FACT.

    Findings of fact by a consent referee are not reviewable on a writ of error further than to ascertain if they are sufficient to warrant the judgment of the court.

In Error to the Circuit Court of the United States for the Southern District of Florida.

Francis P. Fleming and Francis P. Fleming, Jr., for plaintiff in error.

Wm. Wade Hampton and Duncan Upshaw Fletcher, for defendants in error.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The findings of fact by the consent referee are not reviewable on this writ further than to ascertain if they are sufficient to warrant the judgment. The waiver of the six months limitation in which to bring suit was sufficiently pleaded, and, we suppose, proved. We find no error in the record.

The judgment of the Circuit Court is affirmed.